E-FILED: **12/17/09**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andrew Mathisen** | **CASE NO. EDCV 09-1944-GHK (DTBx)** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **Countrywide Home Loans, Inc., et al.** | |
| **Defendants.** | |

    Based on our December 17, 2009 Order granting Defendants BAC Home Loans Servicing, L.P., formerly known as Countrywide Home Loan Servicing, L.P. and erroneously sued as "Countrywide Home Loans, Inc.," Countrywide Bank, N.A., Countrywide Mortgage Ventures, LLC, and ReconTrust Company, N.A.'s Motion to Dismiss against Plaintiff Andrew Mathisen ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's Complaint is **DISMISSED with prejudice**.

    **IT IS SO ORDERED**.

DATED: December 17, 2009

_____
GEORGE H. KING
United States District Judge